**Reverend Tommie R. SMITH, individually and on behalf of all others similarly situated, Plaintiff-Appellant,**

**v.**

**Malcolm V. LEACH et al., Defendants-Appellees.**

**No. 27659.**

United States Court of Appeals
Fifth Circuit.

Sept. 2, 1969.

See also, D.C., 294 F.Supp. 862.

Howard Moore, Jr., Peter E. Rindskopf, Charles Morgan, Jr., Reber F. Boult, Jr., Atlanta, Ga., for appellant.

Allen L. Chancey, Jr., U. S. Atty., Atlanta, Ga., Arthur K. Bolton, Atty. Gen. of Georgia, Atlanta, Ga., Robert V. Zener, Patricia S. Baptiste, Dept. of Justice, Washington, D. C., for appellees.

ON SUGGESTION FOR HEARING
EN BANC

ORDER:

No Judge in regular active service on the Court having requested that the Court be polled on hearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Hearing En Banc is denied.